E-FILED 05/31/2012

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAGRIMAS SUAREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-02993-PSG-MANx<br><br>[Assigned to the Hon. Philip S. Gutierrez, Ctrm. 880]<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE** |

In accordance with this Court's order filed on May 30, 2012, dismissing plaintiffs' complaint with prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment of dismissal with prejudice is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and against plaintiff Lagrimas Suarez;

    2. Plaintiff shall recover nothing from Wells Fargo; and

    3. Wells Fargo shall be entitled to file motions to tax costs and for reasonable attorneys' fees.

Respectfully submitted,

Dated: May 30, 2012    ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By:    /s/ Viddell Lee Heard
Viddell Lee Heard
vheard@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells Fargo")

IT IS SO ORDERED.

DATED: 5/31/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE