UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6 (lc)

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-2993 PSG (MANx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | *Suarez v. Wells Fargo Bank, et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:**  **(In Chambers): Order Dismissing Defendant Cal-Western Reconveyance Corp.**

On November 8, 2012, this Court issued an Order to Show Cause ("OSC") as to why Defendant Cal-Western Reconveyance Corp. ("Cal-Western") should not be dismissed for lack of prosecution. The response to the OSC was due on November 28, 2012. Plaintiff failed to submit a response to the OSC, timely or otherwise. Therefore, the Court dismisses Defendant Cal-Western.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk

cc: